

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 5, 2020

**BY EMAIL**

**MEMO ENDORSED**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Cristopher Accime*, **20 Mag. 1267**

Dear Judge Davison:

The Government respectfully requests that the Court unseal the currently sealed complaint, and related arrest-warrant, in the above-referenced case, now that Defendant Christopher Accime has been arrested.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    /s/ Derek Wikstrom
Derek Wikstrom
Assistant United States Attorney
Tel: (914) 993-1946

SO ORDERED:

HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE