UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christopher Accime

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20 mj 1267

Defendant __Christopher Accime__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__/s/ Christopher Assime__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jason Ser__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__4/27/2020__
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge